IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**YOWAB BEN-ISRAEL,**

    **Petitioner,**

v.                                                 Case No. 1:21-cv-150-AW-HTC

**SECRETARY, DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case is before the court upon the magistrate judge's report and recommendation dated February 10, 2023 (ECF No. 10). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There has been no timely objection.

Having considered the report and recommendation, I have determined that it should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition, challenging the conviction in *State v. Ben-Israel*, 2015-CF-1606, ECF No. 1, is DENIED without an evidentiary hearing." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on April 11, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge